IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MATEER WOLFFE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALTER J. GALDENZIE *et al.*, | : | |
| *Defendants* | : | 22-5164 |

**ORDER**

**AND NOW**, this 20th day of December, 2023, upon consideration of the Defendants Walter Galdenzi, 9 Marina LLC d/b/a Days Inn by Wyndham Hilton Head-Days Inn Hilton Head, Southern Cross Investments, Inc., Suzanne Mark, Days Inn Worldwide, Inc., Wyndham Worldwide, Inc., Wyndham Hotel Group, LLC, Wyndham Hotels and Resorts LLC, Wyndham Hotels and Resorts, Inc., and Wyndham Hotel Management, Inc.'s Motion Pursuant to Fed. R. Civ. P. 59(e) to Reconsider This Court's February 2, 2023 Order and/or To Alter or Amend the Default Judgment (Doc. No. 21), it is hereby **ORDERED** that the motion is **GRANTED.** The February 2, 2023 Order (Doc. No. 17) is **HEREBY VACATED.**

**IT IS FURTHER ORDERED THAT** the default judgment entered in the Court of Common Pleas on January 10, 2023 is and shall be **VACATED, SET ASIDE, AND OPENED.**

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**