IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MATEER WOLFFE,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| WALTER J. GALDENZIE *et al.*,<br>*Defendants* | : | 22-5164 |

## ORDER

AND NOW, this 17th day of January, 2024, upon consideration of the Hotel Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 9), Mr. Wolffe's motions to remand (Doc. Nos. 11 and 22), Mr. Wolffe's motions to reconsider and vacate the Court's December 20, 2023 order and memorandum (Doc. Nos. 32 and 37), and all responses thereto, it is hereby **ORDERED**:

1. Mr. Wolffe's motions to remand (Doc. Nos. 11 and 22) are **DENIED.**

2. Mr. Wolffe's motions to reconsider and vacate (Doc. Nos. 32 and 37) are **DENIED.**

3. The Hotel Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 9) is **GRANTED.** It is further **ORDERED** that the above action is **DISMISSED WITH PREJUDICE.**

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE